IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| SHAHROOZ BEHESHTI,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH B. EDLOW, Director,<br>U.S. Citizenship and Immigration Services,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 3:26-cv-00050<br><br>JUDGE RICHARDSON |

**ORDER**

On August 14, 2026, the parties filed a "Joint Notice of Voluntary Dismissal" (Doc. No. 20) ("Stipulation"). Although it captions itself as a "joint notice of voluntary dismissal," a "notice of voluntary dismissal" is actually something that is filed (pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) in particular) only by the plaintiff. Fed. R. Civ. P. 41(a)(1)(A)(i). However, the Stipulation cites Fed. R. Civ. P. 41(a)(1)(A)(ii) and uses the word "joint," so it is clear that the parties actually intended the Stipulation to serve as a joint stipulation of dismissal under Fed. R. Civ. P. 41(a)(1)(A)(ii).

The Stipulation was signed by the parties. Under Fed. R. Civ. P. 41(a)(1)(A)(ii), therefore, the Stipulation sufficed to dismiss this matter without any action on the part of the Court. The Stipulation states that the dismissal is with prejudice, and thus under Rule 41(a)(1)(B) the dismissal in fact is with prejudice. Accordingly, the Court acknowledges that this action has been **DISMISSED** with prejudice effective as of the time of the filing of the Stipulation.

The Clerk of the Court is **DIRECTED** to enter judgment pursuant to Federal Rule of Civil

Procedure 58 and close the file.

IT IS SO ORDERED.

Eli Richardson
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE